UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SHELLY ROSENBLATT,

    Plaintiff,

vs.

TOTAL RENAL CARE, INC.,
d/b/a DAVITA INC.,
a California corporation,

    Defendant.
_____/

## COMPLAINT

Plaintiff, SHELLY ROSENBLATT (hereinafter "ROSENBLATT") sues Defendant TOTAL RENAL CARE, INC (hereinafter "DAVITA") and states as follows in support thereof:

## JURISDICTION AND VENUE

1. This is an action that involves a federal question and is therefore within the general jurisdiction of this Court.

2. ROSENBLATT is within the jurisdiction of this honorable Court.

3. DAVITA is a California corporation conducting business in Broward County, Florida and is within the jurisdiction of this Court.

## PARTIES

4. TOTAL RENAL CARE, INC. does business as DaVita, Inc.

5. ROSENBLATT was, at all times material to this Complaint, employed by DAVITA, in Broward County. ROSENBLATT worked at 600 SW 3rd Street, Suite 1100, Pompano Beach, FL 33060.

6. DAVITA is a California corporation with its principal place of business in Colorado. DAVITA employs more than fifteen (15) employees. DAVITA is an "employer" within the meaning of Title VII and the Florida Civil Rights Act (FCRA).

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

9. On February 21, 2017, ROSENBLATT filed a charge of discrimination with the Equal Employment Opportunity Commission (EEOC), which was deemed to be dual-filed with the Florida Commission on Human Relations (FCHR) based on the FCRA and the workshare agreement between the EEOC and FCHR. (Exh. A).

10. On or May 18, 2018, ROSENBLATT filed second charge of discrimination with the EEOC, which was deemed to be dual-filed with FCHR based on the FCRA and the workshare agreement between the EEOC and FCHR. (Exh. B).

11. More than 180 days have passed since the filing of the Charge with FCHR, without the FCHR conciliating the case or making findings adverse to Plaintiff.

12. On May 9, 2019, the EEOC sent ROSENBLATT a right to sue notice. The instant lawsuit is being filed within 90 days of May 10, 2019.

13. All conditions precedent to filing suit have been met or have been waived.

14. All administrative prerequisites to filing suit have been met or have been waived.

**FACTUAL ALLEGATIONS**

15. DAVITA is a leading provider of kidney care in the United States, delivering dialysis services to patients with chronic kidney failure and end-stage renal disease.

16. DAVITA receives patient compensation for its services through Medicare, Medicaid, as well as private pay medical insurance plans.

17. ROSENBLATT began working with DAVITA in 1994.

18. ROSENBLATT is a registered nurse.

19. DAVITA terminated ROSENBLATT on February 27, 2018.

20. ROSENBLATT worked at DAVITA's Pompano Beach, Florida location during the time of her termination.

21. ROSENBLATT held the position of Clinical Care Coordinator.  DAVITA promoted Rosenblatt to that position because of her proficiency in her job.

**COUNT I**

**VIOLATION OF FLORIDA CIVIL RIGHTS ACT**

22. ROSENBLATT filed an EEOC charge of discrimination against DAVITA on February 22, 2017.

23. ROSENBLATT claimed in her charge that she had been subjected to unlawful national origin and disability discrimination.

24. ROSENBLATT received favorable performance appraisals prior to the time that she filed an EEOC charge of discrimination, or made any complaints of unlawful discrimination pertaining to Felipe Monroy.  As an example, on February 5, 2015 ROSENBLATT'S supervisor,

Matthew Grey, wrote the following in the "Manager Overall Evaluation" section of ROSENBLATT'S performance appraisal for 2014:

> "Shelly is a delight and a wealth of knowledge and serves as a wonderful clinical support. Shelly wears many hats in terms of FIM, Access Mgr, Med Reviews, Adequacy and Anemia Manager. She enjoys educating both the patients and clinical team on new initiatives, procedures, and technique. The doctors respect Shelly's judgment and enjoy collaborating pt care. She is an asset not only to the IDT, but to the facility as a whole."

25. Grey wrote that ROSENBLATT "[s]ays what he/she believes, and does what he/she says. Is trusted by being trustworthy…" in the "Integrity" section of the same performance appraisal.

26. Grey wrote that ROSENBLATT "…shares a common purpose, common culture and common goals…." in the "Team" section of the same performance appraisal.

27. Grey wrote that ROSENBLATT "[n]ever stands still and is never satisfied," in the "Continuous Improvement" section of the same performance appraisal.

28. Grey wrote that ROSENBLATT "[d]oesn't say, "It's not my fault," or "It's not my job" in the "Accountability" section of the same performance appraisal.

29. Grey wrote that ROSENBLATT "[m]akes a difference and feels rewarded- personally and as part of the team….Believes" You must be the change you wish to see the world, (Mahatma Gandhi) " in the "Fulfillment" section of the same performance appraisal.

30. Grey wrote that ROSENBLATT "[w]orks well with others; establishes and maintains good working relationships" in the "Colloboration" section of the same performance appraisal.

31. Grey wrote that ROSENBLATT "Takes the job seriously, but feels a fun environment delivers better care to our patients…[s]trives for excellent and fun," in the "Fun" section of the same performance appraisal.

32. Matthew Grey was one of DAVITA's highest level managers in Florida at about the time he prepared ROSENBLATT's 2014-15 performance appraisal.

33. Matthew Grey was Facility Administrator for DAVITA until in or about March 2015.

34. In or about 2015, DAVITA promoted Matthew Grey to the position of Regional Home Modalities Manager and as such he was responsible for the overseeing the overall operations of sixteen (16) South Florida Peritoneal Dialysis programs and six (6) home programs from West Palm Beach to Key West, Florida.

35. In 2017, DAVITA, acting through its agents, including Felipe Monroe, issued ROSENBLATT disciplinary actions after she filed in her charge of discrimination. These writeups intensified over time.

36. At one point, on or about October 10, 2017, Felipe Monroe pushed ROSENBLATT in the heat of an argument when Monroe took the side of nurses who improperly refused to give patients flu vaccines and instead insisted that ROSENBLATT do it, although ROSENBLATT's role was primarily as an administrator.

37. Monroe also ridiculed ROSENBLATT at work meetings in front of coworkers. For instance, on or about May 8, 2017, Monroe told ROSENBLATT, in front of several coworkers that if she wasn't gone in a year he would quit, or words to that effect. The medical director who was present at the time told ROSENBLATT that she was doing a good job and not to take Monroe's comment personally. Monroe further humiliated ROSENBLATT during the meeting when he chastised ROSENBLATT for not cleaning the refrigerator.

38. Following the filing of ROSENBLATT's first EEOC charge, Felipe Monroe required that ROSENBLATT spend an inordinate amount of time on clinical, as opposed to

administrative duties. DAVITA treated ROSENBLATT's replacement differently in that her replacement was not expected to do the same amount of clinical work as ROSENBLATT.

39. DAVITA, acting through its agents, including Felipe Monroe, fabricated several alleged performance issues as a pretext to justify her termination.

40. DAVITA was motivated in its unequal treatment of ROSENBLATT because of her previous complaints of unlawful discrimination, including the filing of an EEOC charge.

41. ROSENBLATT was terminated as the result of her complaints.

42. DAVITA, through the actions of their agents, terminated ROSENBLATT in violation of Fla. Stat. § 760.10 (7).

43. DAVITA's actions were intentional or were taken with reckless disregard of ROSENBLATT's rights under the Florida Civil Rights Act.

## COUNT II – VIOLATION OF TITLE VII

44. DAVITA engaged in unlawful employment practices in violation of Section § 704 (a) of Title VII, 42 U.S.C. §§ 2000e-3 when ROSENBLATT was terminated.

7. DAVITA's actions were intentional or were taken with reckless disregard of ROSENBLATT's rights under Title VII.

WHEREFORE, ROSENBLATT asks this Court to grant the following relief:

a. Issue a declaratory judgment finding that DAVITA's conduct toward ROSENBLATT violated the Florida Civil Rights Act and Title VII;

b. Enjoin and restrain DAVITA and all other persons acting on behalf of, or in concert with them, from engaging in such unlawful practices;

    c.    Enter judgment in favor of ROSENBLATT and against DAVITA for backpay in the amount of wages and fringe benefits it is determined that ROSENBLATT has lost as a result of DAVITA's unlawful conduct, together with prejudgment interest from the date of the violations;

    d.    Enter judgment in favor of ROSENBLATT and against DAVITA for pecuniary and non-pecuniary compensatory damages together with pre-judgment interest;

    e.    Award ROSENBLATT punitive damages pursuant to Fla. Stat. § 760.11 and Title VII, 42 U.S.C. § 1981a;

    f.    Award ROSENBLATT a reasonable attorney's fee, pursuant to Fla. Stat. § 760.11 AND Title VII, 42 U.S.C. § 2000e-5, together with costs of this action; and

    g.    Award such other and further legal and equitable relief as may be appropriate to redress fully the deprivation of Plaintiff ROSENBLATT's rights, to prevent reoccurrence of similar acts in the future and to protect DAVITA's other employees from such unlawful behavior.

## **DEMAND FOR JURY TRIAL**

ROSENBLATT demands trial by jury on all issues so triable.

Respectfully submitted,

GARY A. COSTALES, P.A.
1200 Brickell Avenue, Suite 1440
Miami, Florida 33131
(305) 375-9510
(305) 375-9511 (facsimile)

/s Gary A. Costales
Gary A. Costales, Esq.
Florida Bar No. 0948829

**Exh. A**

| EEOC Form 5 (11/09) | | |
|---|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[X] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>510-2017-01841 |
| Florida Commission On Human Relations | | and EEOC |
| State or local Agency, if any | | |

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Shelly Rosenblatt | (561) 305-7116 | 11/17/1963 |

| Street Address | City, State and ZIP Code |
|---|---|
| 22388 Pineapple Walk Dr, Boca Raton, FL 33433 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| DaVita | 20 | (866) 544-6741 ext. 176 |

| Street Address | City, State and ZIP Code |
|---|---|
| 600 SW 3rd St. Suite 1100, Pompano Beach, FL 33060 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [X] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [X] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 08/1994   Latest: Present
[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**Statement of Harm:** DaVita has and continues to discriminate against me and treat me in a disparate manner due to my national origin. I am Canadian. Additionally, DaVita has and continues to discriminate against me based on my status as a qualified individual with a disability (I am a breast cancer survivor).

I have been in the United States working for DaVita since 1994, during my tenure I have held a variety of roles. Approximately six years ago, I was given the Clinical Coordinator role, however, due to my national origin I was not even placed in DaVita's internal "Road Map" system which tracks promotions, instead I was left to do the work of the Clinical Coordinator without the title or commensurate pay. Ersen Alci, an American was in fact given the Clinical Coordinator title. Mr. Alci was and has always been paid at a higher rate than me – due to my national origin.

Multiple disparaging and discriminatory comments have been made about my national origin and my journey to obtain my Green Card. For example, comments were made regularly between 2007 and 2013 regarding my national origin. Kristine Schede-Don has said "she is getting her Green Card, what more do you want" alluding to the fact that I would "settle" for less pay due to my national origin and status.

Continued on Page 2

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I declare under penalty of perjury that the above is true and correct.<br><br>2/21/17  [signature]<br>Date  Charging Party Signature | NOTARY – When necessary for State and Local Agency Requirements<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year)<br><br>Received<br>FEB 22 2017<br>EEOC Miami District Office |
|---|---|

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | [X] FEPA<br>[X] EEOC | 510-2017-01841 |

**Florida Commission On Human Relations** and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**Continued from Page 1**

I received the same salary for most of my tenure with DaVita. In fact my rate of pay was equal to or less than new graduate Registered Nurses just starting with DaVita. For approximately twenty (20) years I was paid less than $29.00 an hour. My grossly underpaid salary is further evidence of Kristine Schede-Dori's discriminatory animus towards me and also made it appear as if she was generating profits which lead to her personal receipt of bonuses.

In October 2014, the discrepancy between my job duties, position, and pay were eventually brought to Human Resources, People Services, and management's attention by Matthew Gray, Facility Administrator, however, nothing was done. Even in my role as Clinical Manager I was the lowest paid Registered Nurse. Many months later, I received only a slight increase in pay. However, nothing was done to address the pay disparity for the prior years.

I have also reached out to Human Resources and upper management numerous times to express my concerns, however, no remedial action has been taken. Specifically, in April 2015, Vicki Burrier/Regional Vice President became aware of my disparate pay and the hostile work environment. I met again with Ms. Burrier and Marcus Gardner, ROD again in May 2015, no action was taken. In June 2015, I received my Green Card. In January 2016, I met with Shana Simon, ROD and the following February 2016, I again received a slight increase in pay. However, due to my national origin absolutely nothing was done to remedy the disparity for the prior years. Lynn Mathews, a past DaVita member of Regional Operations was a witness to my disparate and discriminatory treatment. Suzette Woodward, Carl Hudson, Tara Canfield, Jorge, Barrero, and others can also attest to my position and the disparate and discriminatory treatment I faced. Stacy Lerner

Due to my health, I required FMLA leave in 2004. As an example of the discrimination I faced due to my disability, Ereen Alci posted an advertisement for mastectomy products on my Facebook page and Lisa Yougans, People Services, has harassed me about my disability and medical history making comments to the effect of "I'm surprised Shelly is not using the cancer card."

Despite my excellent performance history and accolades, DaVita continues to target me, subject me to a hostile work environment, and discriminate against me due to my national origin and disability.

**Statement of Discrimination:** I believe I have been discriminated against because of my national origin in violation of Title VII of the Civil Rights Act of 1964 and because of my disability in violation Title I of the Americans with Disabilities Act of 1990.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 2/21/17  *[signature] Shelly Doubleday*<br>Date     Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA  ☒ EEOC | 510-2019-00324 |

Exh. B

Florida Commission on Human Relations and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Ms. Shelly Rosenblatt | (561) 305-7118 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 22388 Pineapple Walk Drive | Boca Raton, FL 33433 | 11/17/1953 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| DaVita | 20 | (866) 544-6741 ext. 176 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 600 SW 3rd Street, Suite 1100 | Pompano Beach, FL 33060 | Broward |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ AGE
☒ RETALIATION  ☒ NATIONAL ORIGIN  ☒ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE EARLIEST (ADEA/EPA) LATEST (ALL)
2/17-2/27/18

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I have been harassed and now terminated because of my previous charge of discrimination. I was terminated on February 27, 2018 because of my complaints, refusal to participate in illegalities and previous charge of discrimination. In addition, I have complained and refused to change scores that assist DaVita in obtaining or retaining funds from Medicare/Medicaid.

[Notary stamp: SAMARIA L. PARAJON, Notary Public - State of Florida, Commission # FF 907954, My Comm. Expires Aug 9, 2019, Bonded through National Notary Assn.]

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

Pursuant to 28 Sec 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

[Signature] 5/17/18

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)